HONORABLE ROBERT S. LASNIK

**08-CV-00793-DECL**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JACK O'DELL, individually and as a class representative,<br><br>Plaintiff,<br><br>v.<br><br>CONSECO SENIOR HEALTH INSURANCE COMPANY,<br><br>Defendant. | No. C08-00793RSL<br><br>**ORDER** |

Based on the Parties' stipulation and agreement, as set forth above, it is hereby **ORDERED** that

A. The deadlines set forth in the Court's June 26, 2009 Scheduling Order [Dkt. No. 67] are modified as follows:

| Event | Deadline |
|---|---|
| Class Certification Discovery Completed | February 26, 2010 |
| Motion For Class Certification Filed | March 31, 2010 |
| Response To Motion For Class Certification Filed | April 30, 2010 |
| Reply In Support Of Motion For Class Certification Filed | May 28, 2010 |

STIPULATION AND ORDER ESTABLISHING
NEW CASE SCHEDULE – 5
Case No. C08-00793-RSL

Murdock Goldenberg Schneider & Groh, LPA
35 East 7th Street, Suite 600
Cincinnati, OH 45202 • Tel: 513-345-8291

1     B.    Following the Court's ruling on the motion for class certification, the Court will schedule a status conference with the parties to establish a new trial date and a schedule for the remainder of the case, including a reasonable period for additional merits-based discovery.

DATED this 29th day of October, 2009.

*[signature]*

THE HONORABLE ROBERT S. LASNIK
United States District Court Judge

STIPULATION AND ORDER ESTABLISHING
NEW CASE SCHEDULE – 6
Case No. C08-00793-RSL

Murdock Goldenberg Schneider & Groh, LPA
35 East 7th Street, Suite 600
Cincinnati, OH 45202 • Tel: 513-345-8291